# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

CRIMINAL NO. 5:25-CR-00086-S-GFVT

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.                  **GOVERNMENT'S PROPOSED EXHIBIT LIST**

LAURANCE D. NEWBY                                              DEFENDANT

\*    \*    \*    \*    \*

The United States hereby submits the following proposed Exhibit List.

1. Video dated 10/10/24 of suspected drug transaction.

2. Controlled purchase on 12/9/24:

    a). Text messages on 12/3/24.

    b). Recorded call.

    c.) Photo of buy money.

    d.) Video of controlled purchase.

    e.) Photo of fentanyl purchase.

3. Controlled purchase on 3/20/25:

    a.) Recorded call.

    b.) Video/Audio of controlled purchase.

    c.) Photo of fentanyl.

4. Controlled purchase on 6/9/25.

   a.) Recorded call.

   b.) Video of controlled purchase.

   c.) Photo of fentanyl.

5. Arrest on 6/25/25.

   a.) Hotel surveillance.

   b.) Photographs of search.

       1) Digital scales, firearm, and cocaine in backpack.

       2) Kilogram of cocaine (2).

       3) Fentanyl (brown).

       4.) Fentanyl in concealed area of vehicle.

       5.) Glock 26 firearm.

6. Imperial Storage photos.

   a.) Digital scales.

   b.) Ninja blender.

   c.) Strainers.

   d.) Saran wrap.

   e.) Sandwich baggy boxes.

   f.) Mail matter and paperwork.

7. Drug related text messages.

8. Defendant's cellphone firearm photos.

   a.) Glocks (2) taken on 3/24/25.

   b.) Glock on 3/24/25.

   c.) Glock on 4/27/25.

   d.) Mac 11 on 3/24.25.

9. Money transfer on 5/20/25.

10. The United States reserves the rights to amend, alter, or add to the aforementioned Exhibit List as needed prior to and throughout the course of the trial.

                Respectfully submitted,

                PAUL C. McCAFFREY
                ACTING UNITED STATES ATTORNEY

BY:   */s/Ron L. Walker Jr.*
       Ron L. Walker Jr.
       Assistant United States Attorney
       260 West Vine Street, Suite 300
       Lexington, Kentucky 40507
       Phone (859) 685-4889
       FAX 859-233-2747
       Ron.Walker@usdoj.gov

**CERTIFICATE OF SERVICE**

      On December 1, 2025, I electronically filed the Government's Proposed Exhibit List through the ECF system, which will send the notice of electronic filing to counsel of record.

                                Respectfully submitted,

                                PAUL C. McCAFFREY
                                ACTING UNITED STATES ATTORNEY

BY:   */s/Ron L. Walker J*
           Ron L. Walker Jr.
           Assistant United States Attorney
           260 West Vine Street, Suite 300
           Lexington, Kentucky 40507
           Phone (859) 685-4889
           FAX 859-233-2747
           Ron.Walker@usdoj.gov